884

In the Matter of CARLOS M. BARBERY v. BENJAMIN COHEN and Others.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of JOHN M. COLEMAN, an Attorney.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MARY McKEOWN, Respondent, v. MORRIS UNGER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.

BOWIE DASH REALTY COMPANY, Plaintiff, v. TITLE GUARANTEE AND TRUST COMPANY, Defendant.— Judgment ordered for plaintiff in accordance with the submission on the authority of *Real Estate Corporation* v. *Harper* (174 N. Y. 123). Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

IDA YANOWITZ and Another, as Administrators, etc., Respondents, v. GEORGE W. TRAVERS COMPANY, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $6,000; in which event, judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

PAULINE MAY, Respondent, v. THIRD AVENUE RAILWAY COMPANY, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event on the ground that the findings of the jury that the defendant was negligent and that the plaintiff was free from contributory negligence are against the weight of evidence. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Dowling and Smith, JJ., dissented and voted for affirmance.

KNIGHT & DE MICCO, INC., Appellant, v. FREDERICK N. LEWIS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of MAX FLATAUER, Deceased.— Decree affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Clarke, P. J., and Laughlin, J., dissented.

ARTHUR J. LEWY, Respondent, v. ROSS WAIST COMPANY, INC., Appellant.— Order of June twelfth reversed, and order of June twentieth affirmed and judgment modified by reducing same to the sum of $1,321.13, including costs, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

MORRIS FRIEDMAN and Another, Appellants, v. SIMON SOSLOW, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

EMANUEL TEITZ and Another, Appellants, v. EDWARD J. DUNBAR, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL GINSBERG and Others, Appellants.— Judgment and orders affirmed. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.